**United States District Court**
For the Northern District of California

1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7

8 In Re.                                                    No. C 12-5007 SI (pr)

9 IRVING HUMPHREY,                              **JUDGMENT**

10          Plaintiff.

11 _____ /

12

13      This action is dismissed without prejudice for failure to submit a pleading showing the

court has subject matter jurisdiction.

14

15

16      IT IS SO ORDERED AND ADJUDGED.

17

18 Dated: December 17, 2012                    _____

19                                                                SUSAN ILLSTON
                                                                United States District Judge

20

21

22

23

24

25

26

27

28