UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                 No. C 12-5007 SI (pr)

IRVING HUMPHREY,                                       **JUDGMENT**

        Plaintiff.

_____/

      This action is dismissed without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction.

      IT IS SO ORDERED AND ADJUDGED.

Dated: December 17, 2012                        _____
                                                            SUSAN ILLSTON
                                                       United States District Judge